| | |
|---|---|
| Brian J. Stretch, SBN 163973<br>bstretch@sidley.com<br>Naomi A. Igra, SBN 269095<br>naomi.igra@sidley.com<br>Chelsea Davis, SBN 330968<br>chelsea.davis@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, California 94104<br>Telephone: +1 415 772-1200<br>Facsimile: +1 415 772-7400 | Jesse Bless (*pro hac vice*)<br>AMERICAN IMMIGRATION LAWYERS ASSOCIATION<br>1301 G Street, Suite 300<br>Washington, D.C. 20005<br><br>Samina M. Bharmal (*pro hac vice*)<br>sbharmal@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K Street NW<br>Washington, D.C. 20005<br>Telephone: +1 202 736 8000 |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER; EAST BAY SANCTUARY COVENANT; COALITION FOR HUMANE IMMIGRANT RIGHTS; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; INTERNATIONAL RESCUE COMMITTEE; ONEAMERICA; ASIAN COUNSELING AND REFERRAL SERVICE; ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS,<br><br>      Plaintiffs,<br>  v.<br><br>CHAD F. WOLF, *under the title of Acting Secretary of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; KENNETH T. CUCCINELLI, *under the title of Senior Official Performing the Duties of the Deputy Secretary of Homeland Security*; U.S. CITIZENSHIP & IMMIGRATION SERVICES,<br><br>      Defendants. | Case No. 4:20-cv-05883-JSW<br><br>**DECLARATION OF BRIAN J. STRETCH** |

## DECLARATION OF BRIAN J. STRETCH

I, Brian J. Stretch, declare as follows:

1. I am an attorney licensed to practice law in all the courts of the State of California. I am a partner with the law firm of Sidley Austin LLP, counsel of record for Plaintiffs Immigrant Legal Resource Center ("ILRC"), East Bay Sanctuary Covenant ("EBSC"), Coalition for Humane Immigrant Rights ("CHIRLA"), Catholic Legal Immigration Network, Inc. ("CLINIC"), International Rescue Committee ("IRC"), OneAmerica, Asian Counseling and Referral Service ("ACRS"), and Illinois Coalition for Immigrant and Refugee Rights ("ICIRR") in this case. This declaration is submitted in support of Plaintiffs' Motion for Preliminary Injunction. The facts set forth in this declaration are within my personal knowledge. If called as a witness, I could and would competently testify as follows.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Government Accountability Office's Decision in the matter of *Department of Homeland Security—Legality of Service of Acting Secretary of Homeland Security and Service of Senior Official Performing the Duties of Deputy Secretary of Homeland Security*, File No. B-331650, issued August 14, 2020, and available at https://www.gao.gov/assets/710/708830.pdf ("GAO Decision").

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Government Accountability Office's Decision in the matter of *Department of Homeland Security—Legality of Service of Acting Secretary of Homeland Security and Service of Senior Official Performing the Duties of Deputy Secretary of Homeland Security—Reconsideration*, File No. B-332451, issued August 21, 2020, and available at https://www.gao.gov/assets/710/708944.pdf ("GAO Reconsideration").

4. Attached hereto as **Exhibit 3** is a true and correct copy of the U.S. Department of Homeland Security Letter Sent to Honorable Richard C. Shelby, Chairman of the Committee of Appropriations, dated June 24, 2020, and available at https://www.uscis.gov/sites/default/files/document/notices/DHS_letter.pdf ("DHS Letter to Sen. Shelby").

5. Attached hereto as **Exhibit 4** is a true and correct copy of a December 30, 2019 comment letter submitted to DHS by the Asylum Seeker Advocacy Project in response to the November 14, 2019 proposed rule, DHS Docket No. USCIS-2019-0010-7898, and available at https://beta.regulations.gov/document/USCIS-2019-0010-7898 ("ASAP Comments").

6. Attached hereto as **Exhibit 5** is a true and correct copy of a December 16, 2019 comment letter submitted to DHS by the Lawyers for Civil Rights in response to the November 14, 2019 proposed rule, DHS Docket No. USCIS-2019-0010-5324, and available at https://beta.regulations.gov/document/USCIS-2019-0010-5324 ("Lawyers for Civil Rights Comments").

7. Attached hereto as **Exhibit 6** is a true and correct copy of a December 30, 2019 comment letter submitted to DHS by the Naturalization Working Group in response to the November 14, 2019 proposed rule, DHS Docket No. USCIS-2019-0010-11097, and available at https://beta.regulations.gov/document/USCIS-2019-0010-11097 ("NWG Comments").

8. Attached hereto as **Exhibit 7** is a true and correct copy of a December 26, 2019 comment letter submitted to DHS by the Robin Hood Foundation and the Immigration Policy Lab at Stanford University in response to the November 14, 2019 proposed rule, DHS Docket No. USCIS-2019-0010-6909, and available at https://beta.regulations.gov/document/USCIS-2019-0010-6909 ("RHF Comments").

9. Attached hereto as **Exhibit 8** is a true and correct copy of a December 30, 2019 comment letter submitted to DHS by Lutheran Social Services of New York in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-10255, and available at https://beta.regulations.gov/document/USCIS-2019-0010-10255 ("Lutheran Comments").

10. Attached hereto as **Exhibit 9** is a true and correct copy of a December 30, 2019 comment letter submitted to DHS by Plaintiff OneAmerica in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-10310, and available at https://beta.regulations.gov/document/USCIS-2019-0010-10310 ("OneAmerica Comments").

11. Attached hereto as **Exhibit 10** is a true and correct copy of a December 30, 2019 comment letter submitted to DHS by Justice Center of Southeast Massachusetts LLC in response to the

November 14, 2019 proposed rule, DHS Docket No. 2019-0010-9754, and available at https://beta.regulations.gov/document/USCIS-2019-0010-9754 ("Justice Center Comments").

12. Attached hereto as **Exhibit 11** is a true and correct copy of a December 30, 2019 comment letter submitted to DHS by Boundless Immigration Inc. in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-10698, and available at https://beta.regulations.gov/document/USCIS-2019-0010-10698 ("Boundless Comments").

13. Attached hereto as **Exhibit 12** is a true and correct copy of a December 30, 2019 comment letter submitted to DHS by Northwest Immigrant Rights Project in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-10723, and available at https://beta.regulations.gov/document/USCIS-2019-0010-10723 ("NIRP Comments").

14. Attached hereto as **Exhibit 13** is a true and correct copy of a December 23, 2019 comment letter submitted to DHS by Plaintiff ILRC in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-7084, and available at https://beta.regulations.gov/document/USCIS-2019-0010-7084 ("ILRC Comments").

15. Attached hereto as **Exhibit 14** is a true and correct copy of a December 18, 2019 comment letter submitted to DHS by Plaintiff Catholic Legal Immigration Network, Inc. in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-5894, and available at https://beta.regulations.gov/document/USCIS-2019-0010-5894 ("CLINIC Comments").

16. Attached hereto as **Exhibit 15** is a true and correct copy of a December 30, 2019 comment letter submitted to DHS by Immigrant Legal Advocacy Project in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-9777, and available at https://beta.regulations.gov/document/USCIS-2019-0010-9777 ("ILAP Comments").

17. Attached hereto as **Exhibit 16** is a true and correct copy of a December 27, 2019 comment letter submitted to DHS by Immigration Equality in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-10794, and available at https://beta.regulations.gov/document/USCIS-2019-0010-10794 ("Immigration Equality Comments").

18. Attached hereto as **Exhibit 17** is a true and correct copy of a December 16, 2019 comment letter submitted to DHS by Latino Justice PRLDEF in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-5755, and available at https://beta.regulations.gov/document/USCIS-2019-0010-5755 ("Latino Justice Comments").

19. Attached hereto as **Exhibit 18** is a true and correct copy of a December 20, 2019 comment letter submitted to DHS by International Refugee Assistance Project in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-6858, and available at https://beta.regulations.gov/document/USCIS-2019-0010-6858 ("IRAP Comments").

20. Attached hereto as **Exhibit 19** is a true and correct copy of a December 19, 2019 comment letter submitted to DHS by Project Citizenship in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-5903, and available at https://beta.regulations.gov/document/USCIS-2019-0010-5903 ("Project Citizenship Comments").

21. Attached hereto as **Exhibit 20** is a true and correct copy of a February 5, 2020 comment letter submitted to DHS by the New York City Gay and Lesbian Anti-Violence Project in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-11559, and available at https://beta.regulations.gov/document/USCIS-2019-0010-11559 ("Anti-Violence Project Comments").

22. Attached hereto as **Exhibit 21** is a true and correct copy of a December 28, 2019 comment letter submitted to DHS by Professor Robert Smith of Baruch College and the Graduate Center, at the City University of New York, in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-10715, and available at https://beta.regulations.gov/document/USCIS-2019-0010-10715 ("Smith Comments").

23. Attached hereto as **Exhibit 22** is a true and correct copy of a December 30, 2019 comment letter submitted to DHS by National Immigration Law Center in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-10181, and available at https://beta.regulations.gov/document/USCIS-2019-0010-10181 ("NILC Comments").

24. Attached hereto as **Exhibit 23** is a true and correct copy of a December 27, 2019 comment letter submitted to DHS by the Office of Immigrant Affairs of the City of Philadelphia,

Pennsylvania, in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-7628, and available at https://beta.regulations.gov/document/USCIS-2019-0010-7628 ("Philadelphia Office of Immigrant Affairs Comments").

25. Attached hereto as **Exhibit 24** is a true and correct copy of a December 23, 2019 comment letter submitted to DHS by the City of San Antonio, Texas in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-7092, https://beta.regulations.gov/document/USCIS-2019-0010-7092 ("San Antonio Comments").

26. Attached hereto as **Exhibit 25** is a true and correct copy of a December 19, 2019 comment letter submitted to DHS by Lutheran Immigration and Refugee Service in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-6148, and available at https://beta.regulations.gov/document/USCIS-2019-0010-6148 ("LIRS Comments").

27. Attached hereto as **Exhibit 26** is a true and correct copy of a December 29, 2019 comment letter submitted to DHS by Tahirih Justice Center in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-7859, and available at https://beta.regulations.gov/document/USCIS-2019-0010-7859 ("Tahirih Comments").

28. Attached hereto as **Exhibit 27** is a true and correct copy of a December 30, 2019 comment letter submitted to DHS by plaintiff ACRS in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-7849, and available at https://beta.regulations.gov/document/USCIS-2019-0010-7849 ("ACRS Comments").

29. Attached hereto as **Exhibit 28** is a true and correct copy of a December 23, 2019 comment letter submitted to DHS by the City of Seattle, Washington in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-6657, and available at https://beta.regulations.gov/document/USCIS-2019-0010-6657 ("Seattle Comments").

30. Attached hereto as **Exhibit 29** is a true and correct copy of a December 23, 2019 comment letter submitted to DHS by the City of Boston, Massachusetts in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-10068, and available at https://beta.regulations.gov/document/USCIS-2019-0010-10068 ("Boston Comments").

31. Attached hereto as **Exhibit 30** is a true and correct copy of a December 30, 2019 comment letter submitted to DHS by Los Angeles County, California in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-10139, and available at https://beta.regulations.gov/document/USCIS-2019-0010-10139 ("LA County Comments").

32. Attached hereto as **Exhibit 31** is a true and correct copy of the Letter from Patrick Leahy, Vice Chairman, U.S. Senate Comm. on Appropriations, and Jon Tester, Ranking Member, U.S. Senate Comm. on Appropriations, to Chad F. Wolf, Acting Sec'y, Dep't of Homeland Sec., and Joseph Edlow, Deputy Dir. for Policy, U.S. Citizen and Immigration Services dated July 21, 2020 ("Senator Leahy July Letter").

33. Attached hereto as **Exhibit 32** is a true and correct copy of the Letter from Patrick Leahy, Vice Chairman, U.S. Senate Committee on Appropriations, to Chad F. Wolf, Acting Sec'y, Dep't of Homeland Sec., and Joseph Edlow, Deputy Dir. for Policy, U.S. Citizen and Immigration Services dated August 18, 2020 ("Senator Leahy August Letter").

34. Attached hereto as **Exhibit 33** is a true and correct copy of a December 30, 2019 comment letter submitted to DHS by the City and County of San Francisco, California, in response to the November 14, 2019 proposed rule, DHS Docket No. 2019-0010-10450, and available at https://beta.regulations.gov/document/USCIS-2019-0010-10450 ("San Francisco Comments").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 25th day of August, 2020, at San Francisco, California.

*/s/ Brian J. Stretch*

Brian J. Stretch