Brian J. Stretch, SBN 163973
bstretch@sidley.com
Naomi A. Igra, SBN 269095
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
SIDLEY AUSTIN LLP
Telephone: +1 415 772-120
Facsimile: +1 415 772-7400

*Attorneys for Plaintiffs*

Jesse Bless (*pro hac vice*)
AMERICAN IMMIGRATION LAWYERS
ASSOCIATION
1301 G Street, Suite 300
Washington, D.C. 20005

Samina M. Bharmal (*pro hac vice*)
sbharmal@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C. 20005
Telephone: +1 202 736 8000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER; EAST BAY SANCTUARY COVENANT; COALITION FOR HUMANE IMMIGRANT RIGHTS; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; INTERNATIONAL RESCUE COMMITTEE; ONEAMERICA; ASIAN COUNSELING AND REFERRAL SERVICE; ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS,<br><br>Plaintiffs,<br>v.<br><br>CHAD F. WOLF, *under the title of Acting Secretary of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; KENNETH T. CUCCINELLI, *under the title of Senior Official Performing the Duties of the Deputy Secretary of Homeland Security*; U.S. CITIZENSHIP & IMMIGRATION SERVICES,<br><br>Defendants. | Case No. 4:20-cv-05883-JSW<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULE<br>AS MODIFIED HEREIN |

Having considered the parties' Joint Motion to Modify Schedule (ECF __), and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. Defendants shall file their Response to Plaintiffs' Motion for Preliminary Injunction and Request for Stay by ~~September 10, 2020~~; September 9, 2020 at 12:00 p.m.

2. Amicus curiae, if any, shall file their Response to Plaintiffs' Motion for Preliminary Injunction by ~~September 10, 2020~~; September 9, 2020 at 12:00 p.m.

3. Plaintiffs shall file their Reply to Defendants' Response by ~~September 17, 2020~~; September 15, 2020, at 12:00 p.m.

4. If amicus curiae file a Response, Defendants may file a Reply to such Response by ~~September 17, 2020~~; ~~and~~ September 15, 2020 at 12:00 p.m.

5. The Court shall hear Plaintiffs' Motion for Preliminary Injunction and Request for Stay on September 25, 2020 at 9:00 a.m.

Dated: August 28, 2020

_____
The Honorable Jeffrey S. White
United States District Judge