IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER; EAST BAY SANCTUARY COVENANT; COALITION FOR HUMANE IMMIGRANT RIGHTS; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; INTERNATIONAL RESCUE COMMITTEE; ONEAMERICA; ASIAN COUNSELING AND REFERRAL SERVICE; ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHAD F. WOLF, *under the title of Acting Secretary of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; KENNETH T. CUCCINELLI, *under the title of Senior Official Performing the Duties of the Deputy Secretary of Homeland Security*; U.S. CITIZENSHIP & IMMIGRATION SERVICES,<br><br>  Defendants. | Case No. 4:20-cv-05883-JSW<br><br>[PROPOSED] ORDER GRANTING MOTION TO EXCEED PAGE LIMITATIONS<br><br>Date: October 9, 2020<br>Time: 9:00 a.m.<br>Place: Courtroom 5, 2nd Floor<br>Judge: Honorable Jeffrey S. White |

Upon consideration of the Constitutional Accountability Center's motion for leave to exceed page limitations with respect to its *amicus curiae* brief in support of Plaintiffs' motion for a preliminary injunction, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED.

SO ORDERED.

Dated: September 3, 2020

_____
Hon. Jeffrey S. White
United States District Judge