ALLISON A. DAVIS (CA State Bar No. 139203)
MARK ROGGE (CA State Bar No. 298381)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: allisondavis@dwt.com
       markrogge@dwt.com

Attorneys for *Amici Curiae* Cato Institute

**IN THE UNITED STATES DISTRICT COURT**

**THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER; EAST BAY SANCTUARY COVENANT; COALITION FOR HUMANE IMMIGRANT RIGHTS; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; INTERNATIONAL RESCUE COMMITTEE; ONEAMERICA; ASIAN COUNSELING AND REFERRAL SERVICE; ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, *under the title of Acting Secretary of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; KENNETH T. CUCCINELLI, *under the title of Senior Official Performing the Duties of the Deputy Secretary of Homeland Security*; U.S. CITIZENSHIP & IMMIGRATION SERVICES,<br><br>Defendants. | Case No. 4:20-cv-05883-JSW<br><br>[PROPOSED] **ORDER GRANTING LEAVE TO FILE BRIEF OF CATO INSTITUTE AS *AMICI* AND REQUEST TO EXCEED THE PAGE LIMIT**<br><br>Assigned to Hon. Jeffrey S. White<br><br>Date: October 9, 2020<br>Time: 9:00 a.m.<br>Department: 5, 2nd Floor |

Before the Court is the motion of the Cato Institute for leave to file an *amici curiae* brief in support of Plaintiffs and for the brief to exceed the page limit.

Having considered the parties' responses, and good cause appearing, it is hereby **ORDERED** that the motion for leave to file the *amici curiae* brief with excess pages not to exceed twenty-five (25) pages is **GRANTED**.

**IT IS SO ORDERED.**

DATED: September 8, 2020

_____
Hon. Jeffrey S. White
United States District Judge