1  SEYFARTH SHAW LLP
2  Angelo A. Paparelli (SBN 98446)
   apaparelli@seyfarth.com
3  Steven J. Malm (SBN 252706)
   smalm@seyfarth.com
4  601 South Figueroa Street, Suite 3300
   Los Angeles, CA 90017
5  Telephone: (213) 270-9600
   Facsimile: (213) 270-9601
6
7  Counsel for Amicus Curiae

8
9                    UNITED STATES DISTRICT COURT
10         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER, et al. | Case No. 4:20-cv-05883-JSW |
| Plaintiffs, | **NOTICE OF APPEARANCE FOR ANGELO A. PAPARELLI ON BEHALF OF** *AMICUS CURAIE* |
| v. | The Hon. Jeffrey S. White |
| CHAD F. WOLF, et al. | Date:     September 25, 2020<br>Time:     9:00 a.m.<br>Courtoom**:**  5, 2nd Floor |
| Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

---

NOTICE OF APPEARANCE FOR ANGELO A. PAPARELLI, CASE NO. 4:20-CV-05883-JSW

65240519v.1

PLEASE TAKE NOTICE that the following attorney from Seyfarth Shaw LLP hereby files this Notice of Appearance in the above-captioned case on behalf of *Amicus Curaie*. Please serve notices upon counsel at the following address:

Angelo A. Paparelli (SBN 98446)
apaparelli@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Dated:  September 9, 2020                    */s/ Angelo A. Paparelli*

Angelo A. Paparelli (SBN 98446)
apaparelli@seyfarth.com
Steven J. Malm (SBN 252706)
smalm@seyfarth.com
SEYFARTH SHAW LLP
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

65240519v.1