| | |
|---|---|
| David B. Rankin, S.D.N.Y. Bar No. DR 0863 | Matthew Strugar, SBN 232951 |
| (*pro hac* application forthcoming) | Law Office of Matthew Strugar |
| BELDOCK LEVINE & HOFFMAN LLP | 3435 Wilshire Blvd., Suite 2910 |
| 99 Park Avenue, 26th Floor/PH | Los Angeles, CA 90010 |
| New York, NY 10016 | (323) 696-2299 |
| Telephone: (212) 277-5825 | matthew@matthewstrugar.com |
| Facsimile: (212) 277-5880 | |
| Email: drankin@blhny.com | |

*Counsel for Amicus Curiae Reclaim the Records*

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

OAKLAND

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER; EAST BAY SANCTUARY COVENANT; COALITION FOR HUMANE IMMIGRANT RIGHTS; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; INTERNATIONAL RESCUE COMMITTEE; ONEAMERICA; ASIAN COUNSELING AND REFERRAL SERVICE; ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, *UNDER THE TITLE OF ACTING SECRETARY OF HOMELAND SECURITY*; U.S. DEPARTMENT OF HOMELAND SECURITY; KENNETH T. CUCCINELLI, *UNDER THE TITLE OF SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DEPUTY SECRETARY OF HOMELAND SECURITY*; U.S. CITIZENSHIP & IMMIGRATION SERVICES,<br><br>Defendants | Case No. 4:20-cv-05883-JSW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PETITION FOR REVIEW AND REQUEST FOR STAY**<br><br>**DATE: OCTOBER 9, 2020**<br>**TIME: 9:00 A.M.**<br>**COURTROOM: 5, 2ND FLOOR** |

AMICUS CURIAE RECLAIM THE RECORDS
CASE NO. 4:20-CV-05883-JSW

Before the Court is Proposed Amici Reclaim the Records' Motion for Leave to File Brief as Amici Curiae in Support of Plaintiffs' Motion for Preliminary Injunction. Having reviewed and considered the Motion and the pleadings in support thereof, and finding good cause therefor, the Court ORDERS that the Motion is GRANTED.

Entered this ___ day of September 2020

_____
Hon. Jeffrey S. White
United States District Judge

**CERTIFICATE OF SERVICE**

I, Matthew Strugar, hereby certify that on September 10, 2020, the foregoing document was filed and served through the CM/ECF system.

DATED: September 10, 2020

/s/ Matthew Strugar
_____
Matthew Strugar