UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IMMIGRANT LEGAL RESOURCE CENTER, et al.,

    Plaintiffs,

v.

CHAD F. WOLF, et al.,

    Defendants.

Case No. 20-cv-05883-JSW

**ORDER REQUIRING RESPONSE FROM DEFENDANTS TO RESPOND TO REQUEST TO FILE AMICUS FROM RECLAIM THE RECORDS**

Re: Dkt. No. 65

The Court has received a motion for leave to file an amicus brief from Reclaim the Records, which indicates Defendants oppose the request because it was filed beyond the deadline set by the Court on August 28, 2020. If the Court grants the motion, it advises Defendants that it would allow them a concomitant amount of time to respond to Reclaim the Records' brief. Accordingly, if Defendant's still oppose the filing, they shall respond by 12:00 p.m. on September 11, 2020.

**IT IS SO ORDERED.**

Dated: September 10, 2020

JEFFREY S. WHITE
United States District Judge