JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
JULIE STRAUS HARRIS (DC Bar No. 1021928)
Senior Trial Counsel
CHARLES E.T. ROBERTS (PA Bar No. 326539)
BRADLEY CRAIGMYLE (IL Bar No. 6326760)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Phone: (202) 353-7633
Fax: (202) 616-8470
Email: julie.strausharris@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHAD F. WOLF, *et al.*, <br><br> Defendants. | Case No. 4:20-cv-5883-JSW <br><br> **DEFENDANTS' RESPONSE TO RECLAIM THE RECORDS' REQUEST TO FILE AMICUS** |

Pursuant to the Court's Order Requiring Response from Defendants to Respond to Request to File Amicus from Reclaim the Records, ECF No. 66, Defendants Chad F. Wolf, the United States Department of Homeland Security, Kenneth Cuccinelli, and the United States Citizenship and Immigration Services state the following: as Defendants advised counsel for Reclaim the Records when, several hours after the Court's deadline for amicus filings, he sought consent to file an amicus curiae brief, the sole basis for Defendants' opposition to Reclaim the Records' request was the fact that the deadline set by the Court had already passed, and such opposition was in deference to the Court's order. If the Court is inclined to excuse the untimeliness of Reclaim the Records' request, Defendants have no further objection to Reclaim the Records' request.

Dated: September 11, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch

/s/ *Julie Straus Harris*
JULIE STRAUS HARRIS
DC Bar No. 1021298
Senior Trial Counsel
CHARLES E. T. ROBERTS (PA Bar No. 326539)
BRADLEY CRAIGMYLE (IL Bar No. 6326760)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 353-7633
Fax: (202) 616-8470
Email: julie.strausharris@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

/s/ *Julie Straus Harris*
JULIE STRAUS HARRIS

*Immigrant Legal Resource Center et al. v. Chad F. Wolf et al.*, No. 4:20-cv-5883-JSW
**Defs.' Resp. to Reclaim the Records' Request to File Amicus**   **Page 1**