UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CHAD F. WOLF, et al.,<br><br>   Defendants. | Case No. 20-cv-05883-JSW<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF FROM RECLAIM THE RECORDS AND GIVING DEFENDANTS EXTENSION OF TIME TO RESPOND**<br><br>Re: Dkt. No. 65 |

The Court has Defendants' response to the Court's order regarding the motion for leave to file an amicus brief from Reclaim the Records. Although the brief was not filed in accordance with the Court's deadline, the Court will grant the motion and accept the amicus brief. Defendants may have until 12:30 p.m. on September 17, 2020 to respond to that brief if they choose to respond.

**IT IS SO ORDERED.**

Dated: September 11, 2020

_____
JEFFREY S. WHITE
United States District Judge