UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHAD F. WOLF, et al., <br><br> Defendants. | Case No. 20-cv-05883-JSW <br><br> **ORDER AMENDING DEADLINE TO RESPOND TO AMICUS BRIEF FROM RECLAIM THE RECORDS AND GIVING DEFENDANTS EXTENSION OF TIME TO RESPOND** <br><br> Re: Dkt. No. 68 |

On September 11, 2020, the Court issued an Order granting Reclaim the Records leave to file an amicus brief and extending Defendants' deadline to respond to that brief. In an order issued on September 10, 2020, the Court stated if it granted Reclaim the Records' motion, it would allow Defendants a concomitant amount of time to respond to Reclaim the Records' brief.

Reclaim the Records filed its brief at 12:30 p.m. on September 10, 2020. Reply briefs to amicus briefs are due by 12:00 p.m. on September 15, 2020, and the Court's intent was to give the Government one additional day to respond to Reclaim the Records' brief if it chose to do so. Accordingly, the Court issues this amended order to clarify that Defendants may submit a reply by no later than 12:30 p.m. on September **16**, 2020 to respond Reclaim the Records brief.

**IT IS SO ORDERED.**

Dated: September 14, 2020

_____
JEFFREY S. WHITE
United States District Judge