UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, et al.,<br><br>Defendants. | Case No. 20-cv-05883-JSW<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE OVERSIZE REPLY AND INSTRUCTIONS TO COUNSEL**<br><br>Dkt. No. 71 |

The Court has received and considered Plaintiffs' motion for leave to file an oversize reply brief. According to Plaintiffs, Defendants take no position on the motion. The Court GRANTS Plaintiffs' request. The Plaintiffs note that Defendants have produced the Administrative Record. As of the date of this Order, the Administrative Record has not been filed. To the extent Plaintiffs reply on portions of that record to support their reply brief, they shall be sure to provide copies of those materials to the Court.

Accordingly, although the Court's General Order No. 72-5 suspends the requirement to file chambers copies during this time, the Court HEREBY ORDERS Plaintiffs to submit two sets of chambers copies, printed in double-sided form, of their reply brief and any and all exhibits submitted in support of the reply.

The Court requires one set of these double-sided chambers copies to be sent by FedEx directly to the Court to the attention of Chambers of Judge Jeffrey S. White. The other set of the same copies shall be sent by Federal Express to the FedEx Office Print and Ship Center at 3225 Fillmore Street, San Francisco, California, 94123, attention Kristin Ring (510-637-1827), by no later than September 16, 2020 at 3:00 p.m.

//

//

**IT IS SO ORDERED.**

Dated: September 14, 2020

_____
JEFFREY S. WHITE
United States District Judge