UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHAD F. WOLF, et al.,<br><br>    Defendants. | Case No. 20-cv-05883-JSW<br><br>**ORDER REQUIRING FEDEX DELIVERY OF TWO SETS OF CHAMBERS COPIES OF DEFENDANTS' RESPONSE TO AMICUS BRIEF AND EXHIBITS** |

The hearing on Plaintiffs' motion for a preliminary injunction is now set for a hearing on September 25, 2020. Although the Court's General Order No. 72-5 suspends the requirement to file chambers copies during this time, the Court HEREBY ORDERS Defendants to submit two sets of chambers copies, printed in double-sided form, of their response and the exhibits to the amicus briefs. The Court requires one set of these double-sided chambers copies to be sent by FedEx directly to the Court to the attention of Chambers of Judge Jeffrey S. White. The other set of the same copies shall be sent by Federal Express to the FedEx Office Print and Ship Center at 3225 Fillmore Street, San Francisco, California, 94123, attention Kristin Ring (510-637-1827).

These chambers copies shall be delivered by no later than Wednesday September 16, 2020 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated:   September 15, 2020

_____
JEFFREY S. WHITE
United States District Judge