
| | |
|---|---|
| Brian J. Stretch, SBN 163973<br>bstretch@sidley.com<br>Naomi Igra, SBN 269095<br>naomi.igra@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: +1 415 772 1200<br>Facsimile: +1 415 772 7400 | Samina M. Bharmal (*pro hac vice*)<br>sbharmal@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K Street NW<br>Washington, D.C. 20005<br>Telephone: +1 202 736 8000<br>Facsimile +1 202 736 8711 |

Jesse Bless (*pro hac vice*)
jbless@aila.org
AMERICAN IMMIGRATION LAWYERS ASSOCIATION
1331 G Street, NW, Suite 300
Washington, D.C. 20005

Attorneys for Plaintiffs
*Additional attorneys listed on the signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER; EAST BAY SANCTUARY COVENANT; COALITION FOR HUMANE IMMIGRANT RIGHTS; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; INTERNATIONAL RESCUE COMMITTEE; ONEAMERICA; ASIAN COUNSELING AND REFERRAL SERVICE; ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHAD F. WOLF, *under the title of Acting Secretary of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; KENNETH T. CUCCINELLI, *under the title of Senior Official Performing the Duties of the Deputy Secretary of Homeland Security*; U.S. CITIZENSHIP & IMMIGRATION SERVICES<br><br>    Defendants. | Case No. 4:20-cv-05883-JSW<br><br>**PLAINTIFFS' NOTICE OF FILING RELEVANT DOCUMENTS AND REQUEST FOR SUPPLEMENTAL BRIEFING**<br><br>Assigned to Hon. Jeffrey S. White<br><br>Date:         September 25, 2020<br>Time:        9:00 a.m.<br>Courtroom: 5, 2nd Floor<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF FILING**

Plaintiffs Immigrant Legal Resource Center, East Bay Sanctuary Covenant, Coalition for Humane Immigrant Rights, Catholic Legal Immigration Network, Inc., International Rescue Committee, OneAmerica, Asian Counseling and Referral Service, and Illinois Coalition for Immigrant and Refugee Rights (collectively "Plaintiffs") hereby notify the Court and all parties of the filing of the following attached Exhibits:

**Exhibit 1**: Letter from Neal J. Swartz, Associate General Counsel for General Law, Department of Homeland Security, to Michael R. Pence, President of the Senate (dated Apr. 16, 2018), and with attached form labeled "Submission Under the Federal Vacancies Reform Act."

**Exhibit 2**: Letter from Neal J. Swartz, Associate General Counsel for General Law, Department of Homeland Security, to Michael R. Pence, President of the Senate (dated Apr. 11, 2019), and with attached form labeled "Submission Under the Federal Vacancies Reform Act."

**Exhibit 3**: Letter from Neal J. Swartz, Associate General Counsel for General Law, Department of Homeland Security, to Michael R. Pence, President of the Senate (dated Apr. 11, 2019), and with attached form labeled "Submission Under the Federal Vacancies Reform Act."

In support of this notice, Plaintiffs state the following:

1. These three documents were filed by Defendants Wolf, DHS, and USCIS as exhibits to a filing in a case proceeding in New York federal court that, like this case, challenges the validity of Defendant Wolf's service as acting DHS secretary, as well as that of his predecessor Kevin McAleenan. *See* Defs.' Resps. to Pls.' Civl. L.R. 56.1 Statement, *Batalla Vidal et al. v. Wolf et al.*, No. 1:16-cv-04756-NGG-JO (E.D.N.Y. Sept. 11, 2020), ECF No. 324.[1]

2. Plaintiffs believe that these documents are both relevant to the issues presented in this Case and in Plaintiffs' Motion for Preliminary Injunction specifically, and that the Court would benefit from seeing all relevant information in deciding the important issues presented here.

---

[1] Plaintiffs can provide this filing to the Court upon request.

## MOTION FOR SUPPLEMENTAL BRIEFING

Furthermore, pursuant to Civil Local Rules 7-3(d) and 7-11, Plaintiffs also respectfully request leave of Court to file a short supplemental brief explaining why Plaintiffs believe the documents filed herewith, when considered in context with the documents filed with Defendants' amicus response, are relevant to Plaintiffs' claims and support Plaintiffs' positions. In the interest of equity and fairness, Plaintiffs do not oppose the Court's granting the same opportunity to Defendants' counsel.

In support of this motion, Plaintiffs state the following:

1. The Court's Order Granting Joint Motion to Modify Schedule As Modified permitted *amici curiae* to file responses to Plaintiff's Motion for Preliminary Injunction by September 9, 2020, and permitted Defendants to file replies to those *amicus* briefs by September 15, 2020 at 12:00 p.m. ECF No. 31 at 2. It also directed Plaintiffs to file their reply brief by September 15, 2020, at 12:00 p.m., the same time. *Id.*

2. Plaintiffs timely filed their Reply Brief in Support of Preliminary Injunction. *See* ECF No. 74.

3. Roughly simultaneously, Defendants timely filed their Memorandum of Points and Authorities in Response to the Briefs of *Amici Curiae*. *See* ECF No. 75 ("Amicus Response").

4. Defendants' Amicus Response included 10 attached documents totaling approximately 113 additional pages in support of their response to amici.

5. These additional documents were not previously part of the record before this Court. *See* ECF No. 75.

6. Plaintiffs' counsel did not anticipate that Defendants would include additional record evidence in conjunction with their Amicus Response.

7. As set forth above, the documents attached to Defendants' Amicus Response include 10 out of 13 documents Defendants filed in the *Batalla Vidal* case in the Eastern District of New York on September 11, 2020. The remaining three documents submitted by Defendants in *Batalla*

3

1  *Vidal*, but not in this case, are attached herewith as the exhibits to this Notice of Filing and Request
2  for Supplemental Briefing.
3      8.     *Batalla Vidal* raises the same challenge to the service of Defendant Wolf raised in this
4  case. *See* Fourth Am. Compl. ¶¶ 192-210, *Batalla Vidal v. Wolf*, No. 1:16-cv-04756 (NGG)(JO)
5  (E.D.N.Y. Aug. 28, 2020), ECF No. 308.[2]
6      9.     Plaintiffs believe all 13 documents submitted by Defendants in the *Batalla Vidal* case
7  are relevant to this case and to the pending Motion for Preliminary Injunction specifically. Plaintiffs
8  also believe that the 13 documents collectively support Plaintiffs' positions, and request an
9  opportunity to concisely set forth their views on these documents.
10     10.    On September 16, 2020, Plaintiffs' counsel contacted Defendants' counsel, and
11 Defendants indicated that they will not oppose this Motion for supplemental briefing provided
12 Defendants receive an opportunity to set forth their views on the documents and their relevance, if
13 any. *See* Declaration of Jesse Bless.
14     11.    Plaintiffs do not oppose the Court's granting the same opportunity to Defendants'
15 counsel.
16     For these reasons, Plaintiffs respectfully request that the Court grant Plaintiff's Request for
17 Supplemental Briefing and permit both Plaintiffs and Defendants to file a 5-page supplemental brief
18 setting forth their respective views by Monday, September 21, 2020 at 12:00 p.m.

Dated: September 16, 2020.              Respectfully submitted,

                                        */s/ Brian J. Stretch*
Jesse Bless (*pro hac vice*)            Brian J. Stretch, SBN 163973
jbless@aila.org                         bstretch@sidley.com
AMERICAN IMMIGRATION LAWYERS            Naomi Igra, SBN 269095
ASSOCIATION                             naomi.igra@sidley.com
1331 G Street, NW, Suite 300            SIDLEY AUSTIN LLP
Washington, D.C. 20005                  555 California Street, Suite 2000
                                        San Francisco, CA 94104

---

[2] Plaintiffs can provide this filing to the Court upon request.

4
PLAINTIFFS' NOTICE OF FILING RELEVANT DOCUMENTS
AND REQUEST FOR SUPPLEMENTAL BRIEFING
Case No. 4:20-cv-05883-JSW

Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Samina M. Bharmal (*pro hac vice*)
sbharmal@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

*Attorneys for Plaintiffs*

5

PLAINTIFFS' NOTICE OF FILING RELEVANT DOCUMENTS
AND REQUEST FOR SUPPLEMENTAL BRIEFING
Case No. 4:20-cv-05883-JSW