| | |
|---|---|
| Brian J. Stretch, SBN 163973 | Samina M. Bharmal (*pro hac vice*) |
| bstretch@sidley.com | sbharmal@sidley.com |
| Naomi Igra, SBN 269095 | SIDLEY AUSTIN LLP |
| naomi.igra@sidley.com | 1501 K Street NW |
| SIDLEY AUSTIN LLP | Washington, D.C. 20005 |
| 555 California Street, Suite 2000 | Telephone: +1 202 736 8000 |
| San Francisco, CA 94104 | Facsimile +1 202 736 8711 |
| Telephone: +1 415 772 1200 | |
| Facsimile: +1 415 772 7400 | |

Jesse Bless (*pro hac vice*)
jbless@aila.org
AMERICAN IMMIGRATION LAWYERS ASSOCIATION
1331 G Street, NW, Suite 300
Washington, D.C. 20005

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER; EAST BAY SANCTUARY COVENANT; COALITION FOR HUMANE IMMIGRANT RIGHTS; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; INTERNATIONAL RESCUE COMMITTEE; ONEAMERICA; ASIAN COUNSELING AND REFERRAL SERVICE; ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, *under the title of Acting Secretary of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; KENNETH T. CUCCINELLI, *under the title of Senior Official Performing the Duties of the Deputy Secretary of Homeland Security*; U.S. CITIZENSHIP & IMMIGRATION SERVICES<br><br>Defendants. | Case No. 4:20-cv-05883-JSW<br><br>**DECLARATION OF JESSE BLESS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUPPLEMENTAL BRIEFING**<br><br>Assigned to Hon. Jeffrey S. White<br><br>Date:        September 25, 2020<br>Time:       9:00 a.m.<br>Courtroom: 5, 2nd Floor<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF JESSE BLESS**

I, Jesse Bless, declare as follows:

1.  I am an attorney licensed to practice law in all the courts of the State of Massachusetts, and have been admitted *pro hac vice* in this case. I am the Director of Federal Litigation for the American Immigrant Lawyers Association, counsel of record for Plaintiffs Immigrant Legal Resource Center ("ILRC"), East Bay Sanctuary Covenant ("EBSC"), Coalition for Humane Immigrant Rights ("CHIRLA"), Catholic Legal Immigration Network, Inc. ("CLINIC"), International Rescue Committee ("IRC"), OneAmerica, Asian Counseling and Referral Service ("ACRS"), and Illinois Coalition for Immigrant and Refugee Rights ("ICIRR") in this case (collectively "Plaintiffs"). This declaration is submitted in support of Plaintiffs' Civ. L.R. 7-11 Request for Supplemental Briefing. The facts set forth in this declaration are within my personal knowledge. If called as a witness, I could and would competently testify as follows.

2.  On September 16, 2020, co-counsel and I contacted Defendants' counsel for their position on Plaintiffs' request for supplemental briefing, pursuant to Civ. L.R. 7-11.

3.  On September 16, 2020, Defendants' counsel stated they would not oppose Plaintiffs' motion and the documents submitted therewith, provided they receive the opportunity to also provide supplemental briefing setting forth Defendants' views as to the supplemental documentation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 16th day of September, 2020, at Boston, Massachusetts.

*/s/ Jesse Bless*
Jesse Bless

## ATTESTATION

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 16, 2020         */s/ Brian J. Stretch*
                                  Brian J. Stretch