UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER; EAST BAY SANCTUARY COVENANT; COALITION FOR HUMANE IMMIGRANT RIGHTS; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; INTERNATIONAL RESCUE COMMITTEE; ONEAMERICA; ASIAN COUNSELING AND REFERRAL SERVICE; ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, *under the title of Acting Secretary of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; KENNETH T. CUCCINELLI, *under the title of Senior Official Performing the Duties of the Deputy Secretary of Homeland Security*; U.S. CITIZENSHIP & IMMIGRATION SERVICES<br><br>Defendants. | Case No. 4:20-cv-05883-JSW<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' REQUEST FOR SUPPLEMENTAL BRIEFING**<br><br>Assigned to Hon. Jeffrey S. White<br><br>Date:        September 25, 2020<br>Time:       9:00 a.m.<br>Courtroom: 5, 2nd Floor<br><br>**JURY TRIAL DEMANDED** |

This matter is before the Court on Plaintiffs' Request for Supplemental Briefing under Civ. L.R. 7-3(d) and 7-11. Having considered Plaintiffs' Request, the Court GRANTS the Request and ORDERS that both Plaintiffs and Defendants shall file supplemental briefs addressing the additional documents by Monday, September 21, 2020 at 12 p.m. PST.

The Court further ORDERS that the supplemental briefs shall not exceed 5 pages each.

SO ORDERED.

DATED: September 17, 2020

_____
Hon. Jeffrey S. White
United States District Judge