UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**DATE**: September 25, 2020          Time in Court: 3 hours 15 minutes

**JUDGE: JEFFREY S. WHITE**        **Court Reporter**: **Pamela Batalo Hebel**

Courtroom Deputy: Jennifer Ottolini

**CASE NO.: 4:20-cv-05883-JSW**

**TITLE: Immigrant Legal Resource Center, et al., v. Chad F. Wolf, et al.,**

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Samina M. Bharmal | Julie Straus Harris |
|  | Bradley Craigmyle |

**PROCEEDINGS:**     Motion for Preliminary Injunction

**RESULTS:**         Hearing held.
Motion is taken under submission and a written ruling shall issue.

The Court directed the parties to submit the Administrative Record via USB drive and counsel shall send to the two addresses previously provided to counsel.
Counsel shall file citations that are not already in the record.