1  Brian J. Stretch, SBN 163973
   bstretch@sidley.com
2  Naomi A. Igra, SBN 269095
   naomi.igra@sidley.com
3  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
4  San Francisco, California 94104
   Telephone: +1 415 772-1200
5  Facsimile: +1 415 772-7400

   Jesse Bless (*pro hac vice*)
   AMERICAN IMMIGRATION LAWYERS ASSOCIATION
   1301 G Street, Suite 300
   Washington, D.C. 20005

   Samina M. Bharmal (*pro hac vice*)
   sbharmal@sidley.com
   SIDLEY AUSTIN LLP
   1501 K Street NW
   Washington, D.C. 20005
   Telephone: +1 202 736 8000

   *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER; EAST BAY SANCTUARY COVENANT; COALITION FOR HUMANE IMMIGRANT RIGHTS; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; INTERNATIONAL RESCUE COMMITTEE; ONEAMERICA; ASIAN COUNSELING AND REFERRAL SERVICE; ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS,<br><br>             Plaintiffs,<br><br>      v.<br><br>CHAD F. WOLF, *under the title of Acting Secretary of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; KENNETH T. CUCCINELLI, *under the title of Senior Official Performing the Duties of the Deputy Secretary of Homeland Security*; U.S. CITIZENSHIP & IMMIGRATION SERVICES,<br><br>             Defendants. | Case No. 4:20-cv-05883-JSW<br><br>**PROOF OF SERVICE**<br><br>Assigned to Hon. Jeffrey S. White<br><br>**JURY TRIAL DEMANDED** |

**PROOF OF SERVICE**

DISTRICT OF COLUMBIA   )
                       )  SS
                       )

I am employed in the District of Columbia.  I am over the age of 18 years and not a party to the within action.  My business address is 1501 K Street, NW, Washington, DC 20005.

On October 1, 2020, I served the foregoing document(s) described as

1. COMPLAINT FOR INJUNCTIVE RELIEF AND ADMINISTRATIVE PROCEDURE CASE, FILED AUG. 20, 2020 (ECF NO. 1);

2. SUMMONS IN A CIVIL ACTION, ISSUED AUG. 24, 2020 (ECF NO. 22).

on all interested parties in this action as follows:

| | |
|---|---|
| William P. Barr<br>Attorney General of the United States<br>U. S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | David L. Anderson<br>United States Attorney<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

☒ (VIA CERTIFIED U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I caused true copies of the documents in a sealed envelope, with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, District of Columbia addressed to each interested party as shown above. I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed on October 1, 2020, at District of Columbia.

/s/ Duan Pryor
Duan Pryor
Sidley Austin LLP
Paralegal

## **LOCAL RULE 5-1 ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATE: October 1, 2020    NAME: Brian J. Stretch

COUNSEL FOR: Plaintiffs

/s/ Brian J. Stretch
*Signature*