Brian J. Stretch, SBN 163973
bstretch@sidley.com
Naomi A. Igra, SBN 269095
naomi.igra@sidley.com

SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: +1 415 772-1200
Facsimile: +1 415 772-7400

Jesse Bless (*pro hac vice*)
AMERICAN IMMIGRATION LAWYERS
ASSOCIATION
1301 G Street, Suite 300
Washington, D.C. 20005
Samina M. Bharmal (*pro hac vice*)
sbharmal@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C. 20005
Telephone: +1 202 736 8000

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER; EAST BAY SANCTUARY COVENANT; COALITION FOR HUMANE IMMIGRANT RIGHTS; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; INTERNATIONAL RESCUE COMMITTEE; ONEAMERICA; ASIAN COUNSELING AND REFERRAL SERVICE; ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, *under the title of Acting Secretary of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; KENNETH T. CUCCINELLI, *under the title of Senior Official Performing the Duties of the Deputy Secretary of Homeland Security*; U.S. CITIZENSHIP & IMMIGRATION SERVICES,<br><br>Defendants. | Case No. 3:20-cv-05883-JSW<br><br>**JOINT MOTION TO EXTEND ALL DEADLINES**<br><br>Hearing Date:<br>Time:<br>Courtroom: |

In accordance with Civil Local Rules 6-1 and 6-3 and this Court's rules and orders, the parties respectfully move the Court to extend all deadlines by 60 days.

In support of this motion, the parties **DECLARE** that good cause exists to extend all deadlines as provided below:

1. The 2020 Fee Rule at issue in this case has been preliminarily enjoined and had its October 2, 2020 effective date stayed by both this Court, ECF No. 98, and the United States District Court for the District of Columbia, *see* Order, *Northwest Immigrant Rights Project v. USCIS*, No. 1:19-CV-3283 (RDM) (Oct. 8, 2020), ECF No. 86.  Accordingly, Defendants currently have until November 30, 2020 to decide whether to appeal this Court's order and until December 7, 2020 to decide whether to appeal the order in the District of Columbia.  Fed. R. App. P. 4(a)(B).

2. The Acting Solicitor General has not made a decision whether to appeal either order at this time.  Because such a decision either way may have significant effects on this case, the parties submit that the interests of judicial economy and preserving party resources support the proposed extension of all deadlines in this case, including the November 12, 2020 deadline to file the parties' ADR Certification and Defendants' deadline to answer Plaintiffs' Complaint.

3. The parties agree that the proposed extension will not prejudice either side.

4. Based on the foregoing, and for good cause shown, the parties respectfully request that the Court extend all deadlines by 60 days.

Dated: November 12, 2020         /s/Brian J. Stretch
                                 Brian J. Stretch
                                 SIDLEY AUSTIN LLP
                                 Attorney for Plaintiffs


Dated: November 12, 2020         /s/ Charles E.T. Roberts
                                 Charles E.T. Roberts
                                 U.S. DEPARTMENT OF JUSTICE
                                 Attorney for Defendants

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Charles E.T. Roberts, attest that concurrence in the filing of this document has been obtained.

/s/ *Charles E.T. Roberts*
Charles E.T. Roberts

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2020 the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of the filing to all attorneys of record in this case.

/s/ *Charles E.T. Roberts*
Charles E.T. Roberts