Brian J. Stretch, SBN 163973
bstretch@sidley.com
Naomi A. Igra, SBN 269095
naomi.igra@sidley.com

SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: +1 415 772-1200
Facsimile: +1 415 772-7400

Jesse Bless (*pro hac vice*)
AMERICAN IMMIGRATION LAWYERS ASSOCIATION
1301 G Street, Suite 300
Washington, D.C. 20005
Samina M. Bharmal (*pro hac vice*)
sbharmal@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C. 20005
Telephone: +1 202 736 8000

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER; EAST BAY SANCTUARY COVENANT; COALITION FOR HUMANE IMMIGRANT RIGHTS; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; INTERNATIONAL RESCUE COMMITTEE; ONEAMERICA; ASIAN COUNSELING AND REFERRAL SERVICE; ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CHAD F. WOLF, *under the title of Acting Secretary of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; KENNETH T. CUCCINELLI, *under the title of Senior Official Performing the Duties of the Deputy Secretary of Homeland Security*; U.S. CITIZENSHIP & IMMIGRATION SERVICES,<br><br>　　　　Defendants. | Case No. 4:20-cv-05883-JSW<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND ALL DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE<br>Hearing Date:<br>Time:<br>Courtroom: |

1. Having considered the parties' Joint Motion to Extend All Deadlines (ECF No. 102), and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. All deadlines in this case are extended for 60 days.  The Case Management Conference scheduled for December 4, 2020 is CONTINUED to February 5, 2021 at 11:00 a.m., and the parties' joint case management statement will be due on January 29, 2021.

Dated: November 13, 2020

_____
The Honorable Jeffrey S. White
United States District Judge