JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
JULIE STRAUS HARRIS (DC Bar No. 1021928)
Senior Trial Counsel
CHARLES E.T. ROBERTS (PA Bar No. 326539)
BRADLEY CRAIGMYLE (IL Bar No. 6326760)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Phone: (202) 353-7633
Fax: (202) 616-8470
Email: julie.strausharris@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, *et al.*,<br><br>Defendants. | Case No. 4:20-cv-5883-JSW<br><br>**NOTICE OF APPEAL** |

*Immigrant Legal Resource Center et al. v. Chad F. Wolf et al.*, **No. 4:20-cv-5883-JSW**
**Notice of Appeal**

PLEASE TAKE NOTICE that Defendants, Chad F. Wolf, sued solely in his official capacity, the United States Department of Homeland Security, Kenneth Cuccinelli, sued solely in his official capacity, and the United States Citizenship and Immigration Services, hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's September 29, 2020 Order Granting Plaintiffs' Motion for Preliminary Injunction and Request for Stay of Effective Date of Rule and Denying Request for Administrative Stay, ECF No. 98.

Dated: November 30, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch

/s/ *Julie Straus Harris*
JULIE STRAUS HARRIS
DC Bar No. 1021298
Senior Trial Counsel

BRADLEY CRAIGMYLE (IL Bar No. 6326760)
CHARLES E.T. ROBERTS (PA Bar No. 326539)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Phone: (202) 353-7633
Fax: (202) 616-8470
Email: julie.strausharris@usdoj.gov

*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

/s/ *Julie Straus Harris*
JULIE STRAUS HARRIS