**FILED**

DEC 31 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

IMMIGRANT LEGAL RESOURCE CENTER; et al.,

    Plaintiffs-Appellees,

 v.

CHAD F. WOLF, Secretary of U.S. Department of Homeland Security; et al.,

    Defendants-Appellants.

No. 20-17339

D.C. No. 4:20-cv-05883-JSW
Northern District of California, Oakland

ORDER

Appellants' unopposed motion (Docket Entry No. 9) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

This order served on the district court shall serve as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7

SSR/Pro Mo