UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CHAD F. WOLF, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-05883-JSW<br><br>**ORDER REGARDING MANDATE**<br><br>Re: Dkt. No. 108 |

The Court has received the mandate from the United States Court of Appeals for the Ninth Circuit granting Defendants' unopposed motion to voluntarily dismiss the pending appeal. Accordingly, the parties shall appear for the initial case management conference as scheduled on February 5, 2021, and their joint case management statement is due by January 29, 2021. The Court shall conduct the case management conference by telephone. The dial in number is 1-888-684-8852 (access code 8583698#).

**IT IS SO ORDERED.**

Dated: January 5, 2021

_____
JEFFREY S. WHITE
United States District Judge