BRIAN M. BOYNTON
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
JULIE STRAUS HARRIS (DC Bar No. 1021928)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Phone: (202) 353-7633
Fax: (202) 616-8470
Email: julie.strausharris@usdoj.gov

*Attorneys for Defendants*

Brian J. Stretch, SBN 163973
bstretch@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: +1 415 772-1200
Facsimile: +1 415 772-7400

*Attorneys for Plaintiffs*

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO N. MAYORKAS[1], *under the title of Secretary of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; TRACY L. RENAUD, *under the title of Senior Official Performing the Duties of the Director*; U.S. CITIZENSHIP & IMMIGRATION SERVICES, <br><br> Defendants. | Case No. 4:20-cv-5883-JSW <br><br> **STIPULATED REQUEST TO HOLD CASE IN ABEYANCE; [PROPOSED] ORDER** |

---

[1] Alejandro N. Mayorkas and Tracy L. Renaud have been substituted for Chad F. Wolf and Kenneth T. Cuccinelli, respectively, as defendants in this case pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

Subject to the Court's approval and pursuant to Local Rule 7-12, the parties through their undersigned counsel of record HEREBY STIPULATE as follows:

1. For the reasons set forth in the accompanying Declaration of Julie Straus Harris, the parties request that this case be stayed, and all proceedings held in abeyance, to allow defendant the Secretary of Homeland Security to undertake the review contemplated by Executive Order 14,012, "Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans," 86 Fed. Reg. 8,277 (Feb. 5, 2021), signed by the President on February 2, 2021.

2. For the reasons set forth in the accompanying Declaration of Julie Straus Harris, the parties request that they be permitted to file a joint status report on or before May 13, 2021, indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation.

Dated: February 9, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch

 /s/ Julie Straus Harris 
JULIE STRAUS HARRIS
Senior Trial Counsel
DC Bar No. 1021298
CHARLES E.T. ROBERTS
PA Bar No. 326539
BRADLEY CRAIGMYLE
IL Bar No. 6326760
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 353-7633
Fax: (202) 616-8470
Email: julie.strausharris@usdoj.gov

*Attorneys for Defendants*

/s/ *Brian J. Stretch*
Brian J. Stretch, SBN 163973
bstretch@sidley.com
Naomi A. Igra, SBN 269095
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: +1 415 772-1200
Facsimile: +1 415 772-7400

Jesse Bless (*pro hac vice*)
AMERICAN IMMIGRATION LAWYERS
ASSOCIATION
1301 G Street, Suite 300
Washington, D.C. 20005

Samina M. Bharmal (*pro hac vice*)
sbharmal@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C. 20005
Telephone: +1 202 736 8000

*Attorneys for Plaintiffs*

## LOCAL RULE 5-1(i) ATTESTATION

I attest that I have obtained Brian J. Stretch's concurrence in the filing of this document.

/s/ *Julie Straus Harris*
JULIE STRAUS HARRIS

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. This case shall be stayed, and all proceedings held in abeyance, to allow defendant the Secretary of Homeland Security to undertake the review contemplated by Executive Order 14,012, "Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans," 86 Fed. Reg. 8,277 (Feb. 5, 2021), signed by the President on February 2, 2021. Further, on or before May 13, 2021, the parties shall file a joint status report indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation.

Date: _____    _____
HONORABLE JEFFREY S. WHITE
United States District Judge