| | |
|---|---|
| Brian J. Stretch, SBN 163973<br>bstretch@sidley.com<br>Naomi Igra, SBN 269095<br>naomi.igra@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: +1 415 772 1200<br>Facsimile: +1 415 772 7400 | Jesse Bless (*pro hac vice*)<br>jbless@aila.org<br>AMERICAN IMMIGRATION LAWYERS ASSOCIATION<br>1331 G Street, Suite 300<br>Washington, D.C. 20005<br><br>John L. Gibbons, SBN 317720<br>jgibbons@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K Street NW<br>Washington, D.C. 20005 |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER; EAST BAY SANCTUARY COVENANT; COALITION FOR HUMANE IMMIGRANT RIGHTS; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; INTERNATIONAL RESCUE COMMITTEE; ONEAMERICA; ASIAN COUNSELING AND REFERRAL SERVICE; ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS,<br><br>            Plaintiffs,<br><br>      v.<br><br>ALEJANDRO N. MAYORKAS, *under the title of Secretary of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; UR M. JADDOU, *under the title of Director*; U.S. CITIZENSHIP & IMMIGRATION SERVICES,<br><br>            Defendants. | Case No.  4:20-cv-5883-JSW<br><br>**JOINT STATUS REPORT AND STIPULATED REQUEST TO CONTINUE ABEYANCE**<br><br>**JURY TRIAL DEMANDED** |

Subject to the Court's approval and pursuant to Local Rule 7-12, the parties through their undersigned counsel of record hereby stipulate and request as follows:

1. On February 10, 2021, the Court ordered that the case be "stayed, and all proceedings held in abeyance, to allow defendant the Secretary of Homeland Security to undertake the review contemplated by Executive Order 14,012, "Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans," 86 Fed. Reg. 8,277 (Feb. 5, 2021), signed by the President on February 2, 2021." Dkt. 113, at 4. The Court further ordered that "on or before May 13, 2021, the parties shall file a joint status report indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation." *Id.* On May 15, 2021, the Court entered an order approving the parties' joint request to hold this case and all proceedings in abeyance. Dkt. 117, at 4. The Court further ordered that "on or before September 10, 2021, the parties shall file a joint status report indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation." *Id.*

2. The Spring 2021 Unified Agenda (UA) entry for this rulemaking listed a November 2021 target date for a notice of proposed rulemaking (NPRM) that would rescind and replace the changes made by the August 3, 2020 rule at issue and establish new USCIS fees. At this time, the agency has not confirmed a target date for issuing the contemplated NPRM, but expects that when the Fall 2021 UA is published, it will contain an updated target date for the contemplated NPRM.

3. For these reasons, the parties request that the Court continue to hold this case and all proceedings in abeyance. Furthermore, the parties request that they be permitted to file a joint status report by the earlier of January 14, 2022, or within two weeks of defendants either publishing in the Federal Register a notice of proposed rulemaking regarding a proposed new fee rule or advising plaintiffs that defendants have determined not to propose a new fee rule, indicating whether this case and all proceedings should continue to be held in abeyance or proposing a scheduling for continuing the litigation.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: September 9, 2021 | */s/ Brian J. Stretch* |
| | Brian J. Stretch |
| | SIDLEY AUSTIN LLP |
| | Attorney for Plaintiffs |
| Dated: September 9, 2021 | */s/ Julie Straus Harris* |
| | Julie Straus Harris |
| | U.S. DEPARTMENT OF JUSTICE |
| | Attorney for Defendants |

**LOCAL RULE 5-1(i) ATTESTATION**

I attest that I have obtained Julie Straus Harris's concurrence in the filing of this document.

*/s/ Brian J. Stretch*
Brian J. Stretch

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that this case shall remain stayed, and all proceedings held in abeyance, to allow the defendant Secretary of Homeland Security to either publish in the Federal Register a notice of proposed rulemaking regarding a proposed new fee rule or advising plaintiffs that defendants have determined not to propose a new fee rule. Further, by the earlier of January 14, 2022, or within two weeks of the defendants' publication of an NPRM or notification to plaintiffs that no proposal will be forthcoming, the parties shall file a joint status report indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation.

Date: _____

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of the filing to all attorneys of record in this case.

　　　　　　　　　　　　　　　　　　　　/s/ Brian J. Stretch
　　　　　　　　　　　　　　　　　　　　Brian J. Stretch