David Goldenberg, SBN 347955
dgoldenberg@sidley.com
Naomi Igra, SBN 269095
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IMMIGRANT LEGAL RESOURCE CENTER; EAST BAY SANCTUARY COVENANT; COALITION FOR HUMANE IMMIGRANT RIGHTS; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; INTERNATIONAL RESCUE COMMITTEE; ONEAMERICA; ASIAN COUNSELING AND REFERRAL SERVICE; ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *under the title of Secretary of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; ANDREW J. DAVIDSON, *under the title of Acting Director*; U.S. CITIZENSHIP & IMMIGRATION SERVICES,<br><br>Defendants. | Case No.  4:20-cv-5883-JSW<br>ORDER GRANTING <s>JOINT STATUS REPORT AND</s> STIPULATED REQUEST TO CONTINUE ABEYANCE<br><br>**JURY TRIAL DEMANDED** |

JOINT STATUS REPORT AND STIPULATED REQUEST
TO CONTINUE ABEYANCE, CASE NO. 20-CV-5883

Subject to the Court's approval and pursuant to Local Rule 7-12, the parties through their undersigned counsel of record hereby stipulate and request as follows:

1.  On February 10, 2021, the Court ordered that the case be "stayed, and all proceedings held in abeyance, to allow defendant the Secretary of Homeland Security to undertake the review contemplated by Executive Order 14,012, "Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans," 86 Fed. Reg. 8,277 (Feb. 5, 2021), signed by President Biden on February 2, 2021. Dkt. 113, at 4. The Court further ordered that "on or before May 13, 2021, the parties shall file a joint status report indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation." *Id.*

2.  Thereafter, the Court entered ten successive orders approving the parties' joint requests to continue to hold the case and proceedings in abeyance, on May 13, 2021, September 9, 2021, January 12, 2022, August 1, 2022, October 14, 2022, December 5, 2022, February 8, 2023, February 14, 2024, May 16, 2024, and December 2, 2024, respectively. *See* Dkt. 117, at 4; Dkt. 119, at 5; Dkt. 121, at 5; Dkt. 124, at 5; Dkt. 126, at 4; Dkt. 128, at 5; Dkt. 135, at 5; Dkt. 148, at 4; Dkt. 152, at 6; Dkt. 154, at 6. The most recent order directed that "no later than February 13, 2025, the parties shall file a joint status report indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation." *See* Dkt. 154, at 6.

3.  On January 31, 2024, DHS issued a final rule to adjust fees for certain USCIS immigration and naturalization benefit requests ("2024 Final Rule"). *See* 89 Fed. Reg. 6,194 (Jan. 31, 2024). The 2024 Final Rule took effect April 1, 2024. The 2024 Final Rule is being challenged in *Moody v. Mayorkas*, No. 1:24-cv-00762-CNS (D. Colo. Mar. 19, 2024), and *Civitas Capital Management, LLC v. Mayorkas*, No. 3:24-cv-00984-L (N.D. Tex. Apr. 22, 2024).

4.  Defendants' position is that, because the 2024 Final Rule has gone into effect and entirely replaced the 2020 Final Rule, this case is now moot, notwithstanding the ongoing litigation in *Moody* and *Civitas*.

5.  Plaintiffs' position is that this case is not moot. Plaintiffs' position is based not only

1

JOINT STATUS REPORT AND STIPULATED REQUEST
TO CONTINUE ABEYANCE, CASE NO. 20-CV-5883

on the *Moody* and *Civitas* litigation. Among other things, Plaintiffs have not received the full relief available, such as a permanent injunction of the 2020 Final Rule, which DHS has not yet rescinded. *See* 89 Fed. Reg. 6194, 6248 (Jan. 31, 2024) (DHS citing existence of preliminary injunctions as grounds for not rescinding the rule as part of its 2024 rulemaking).

6. Nevertheless, the parties have conferred and agree that, to conserve the parties' and the Court's resources, this case should continue to be held in abeyance until August 13, 2025. This period of time will allow for further discussions between the parties on how to resolve this case and potentially for further developments in *Moody* and *Civitas*. Merits briefing in those cases was completed in December 2024 and January 2025, respectively.

7. The parties jointly request that the Court continue to hold this case and all proceedings in abeyance, and that the parties be permitted to file a joint status report by August 13, 2025.

Respectfully submitted,

Dated: February 12, 2025

*/s/* David Goldenberg
David Goldenberg
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
dgoldenberg@sidley.com

*Attorney for Plaintiffs*

Dated: February 12, 2025

BRETT A. SHUMATE
Acting Assistant Attorney General

ANDREW WARDEN
Assistant Branch Director
Federal Programs Branch

*/s/* Cynthia Liao
CYNTHIA LIAO
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

1100 L Street NW
Washington, DC 20005
(202) 531-1325
cynthia.f.liao@usdoj.gov

*Counsel for Defendants*

3
JOINT STATUS REPORT AND STIPULATED REQUEST
TO CONTINUE ABEYANCE, CASE NO. 20-CV-5883

**LOCAL RULE 5-1(i) ATTESTATION**

I attest that I have obtained Cynthia Liao's concurrence in the filing of this document.

       /s/ David Goldenberg
       David Goldenberg

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that this case shall remain stayed, and all proceedings held in abeyance, to allow the parties to discuss possible resolution of this case. Further, no later than August 13, 2025, the parties shall file a joint status report indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation.

Date: February 13, 2025

_____
HONORABLE JEFFREY S. WHITE
United States District Judge